No. 94–6728. GELIS v. UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 94–6732. BELIN v. UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 94–6739. WISSINGER v. PENNSYLVANIA. Super. Ct. Pa. Certiorari denied.

No. 94–6745. UDALA v. OFFICE OF ADMINISTRATIVE HEARING OFFICER. C. A. 2d Cir. Certiorari denied.

No. 94–6762. DENINNO v. UNITED STATES. C. A. 10th Cir. Certiorari denied.

No. 94–6776. TURNER v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 94–6789. HANNON v. FLORIDA. Sup. Ct. Fla. Certiorari denied.

No. 94–6828. PARKER v. UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 94–6833. PACE v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 94–6839. SWEETON ET AL. v. MCGINNIS ET AL. C. A. 6th Cir. Certiorari denied.

No. 94–6853. CAMPS v. UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 94–6866. JUDD v. HANSEN, JUDGE, UNITED STATES DISTRICT COURT FOR THE DISTRICT OF NEW MEXICO. C. A. 10th Cir. Certiorari denied.

No. 94–6876. PIPER v. UNITED STATES. C. A. 1st Cir. Certiorari denied.

No. 94–6931. SANCHEZ v. UNITED STATES; and
No. 94–7028. CHAVIANO v. UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 94–6939. THURMAN v. BORG, WARDEN. C. A. 9th Cir. Certiorari denied.